IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NUMBER: 25-mj-8065-GCS |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LOPEZ-SERRANO, JOSUE | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, Joseph R. Hentz, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### ILLEGAL REENTRY AFTER DEPORTATION

On or about the 11h day of February 2025, in Monroe County, in the Southern District of Illinois,

### JOSUE LOPEZ-SERRANO

an alien, was found in the United States after having been removed therefrom on or about February 20th, 2018, at or near Gateway Port of Entry in Brownsville, Texas, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

### AFFIDAVIT

I further state that I am a Deportation Officer with Immigration & Customs Enforcement, (hereinafter ICE), and that I have been so employed since September 13, 2009. My duties as an ICE Deportation Officer include the investigation of any criminal violations of the Immigration and Nationality Act. I have recently investigated the suspected unlawful presence in the United States of an individual named Josue Lopez-Serrano. According to official records maintained by ICE, Josue Lopez-Serrano is a Mexico national who has been removed on two prior occasions from the United States to Mexico, most recently on February 20th, 2018, at Gateway Port of Entry in Brownsville, Texas.

On February 11th, 2025, I was able to confirm that Lopez-Serrano had reentered the United States after I encountered him inside the Monroe County Courthouse. Lopez-Serrano was at the courthouse for a court appearance related to a charge of aggravated battery and aggravated assault. Lopez-Serrano had previously been arrested by the Waterloo, IL police department on June 6, 2023, for those charges that stemmed from an altercation in a local bar. At the courthouse, I was able to confirm Lopez-Serrano's identity by interviewing him and using the previous booking photo from the 2018 border patrol encounter. Moreover, I was able to unequivocally confirm that Lopez-Serrano's fingerprints taken after his arrest in Monroe County, Illinois, were a match to his fingerprints taken by federal law enforcement officials before his prior removals to Mexico.

On February 11th, 2025, I, along with ICE Officer Clay Pollmann and HSI Special Agent Kevin Parks, waited for Lopez-Serrano to finish his court hearing in Monroe County Courthouse. I initiated contact with Lopez-Serrano inside a public hallway of the courthouse outside the Monroe County Probation Office. When asked, Lopez-Serrano admitted to being born in Mexico and not possessing proper documents to be legally present in the United States. I informed Lopez-Serrano he was under arrest for immigration and criminal violations of the United States at around 1210 hours on February 11th, 2025. Lopez-Serrano was handcuffed in shackles and placed in the rear seat of my government owned vehicle. Lopez-Serrano was fingerprinted and processed and placed in ICE custody at Kay County Detention Center in Newkirk, OK. Lopez-Serrano will remain detained in this facility until his initial appearance. Lopez-Serrano refused his right to contact the Mexican consulate to inform them of his arrest.

According to official records maintained by ICE, following his removal to Mexico on February 20th, 2018, Josue Lopez-Serrano never received permission from the Secretary of the Department of Homeland Security to lawfully reenter the United States.

Based on the above information, it appears that Josue Lopez-Serrano is an alien who was found in the United States after having been previously removed from the United States, all in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

JOSEPH R HENTZ
Digitally signed by JOSEPH R HENTZ
Date: 2025.02.12 14:10:14 -06'00'

JOSEPH R. HENTZ,
Deportation Officer
Immigration and Customs Enforcement

State of Illinois )
) SS.
County of Monroe )

Sworn to before me, and subscribed in my presence on the 13th day of February 2025, at East St. Louis, Illinois.

GILBERT C. SISON
United States Magistrate Judge

Kathleen Howard
KATHLEEN M. HOWARD
Assistant United States Attorney