IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NUMBER 25-mJ-8065-GCS |
| JOSUE LOPEZ-SERRANO | ) ) |
| Defendant. | ) |

## WARRANT FOR ARREST

TO:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSUE LOPEZ-SERRANO and bring him or her forthwith to the nearest Magistrate Judge to answer a complaint charging him with Illegal Re-entry After Deportation, in violation of Title 8, United States Code, Section 1326(a).

_Gilbert C. Sison_
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_Gilbert C. Sison_
Signature of Issuing Officer

_2/13/2025   East St. Louis, IL_
Date and Location:

_____
(By) Deputy Clerk

_____

Bail fixed at $_____   by   _____
Name of Judicial Officer